El Juez Asociado Sr. Figueras, no intervino en la resolución de este caso.

---

## Abril *v.* Moreno et al.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 139.—Resuelto en noviembre 25, 1907.

Apelación—Jurisdicción.—La cuestión de si una apelación ha sido ó no interpuesta en tiempo, es una cuestión de jurisdicción, y por consiguiente, interpuesto el recurso fuera de término, el consentimiento ó pasividad del apelado no afecta en modo alguno á la cuestión, y procede la desestimación de la apelación.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Sweet, Rossy y Campillo.*

Abogado del apelado: *Sr. Méndez Vaz.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

La sentencia contra la cual se ha interpuesto el presente recurso de apelación fué registrada en la Corte de Distrito de Mayagüez el 25 de febrero de 1907. La apelación se anotó en 3 de abril de 1907, alegándose por primera vez que la apelación no fué establecida en tiempo. Sostiene el apelante que al preparar la exposición del caso lo mismo que en otros procedimientos en el tribunal inferior, el apelado estuvo conforme con la demora. En otras palabras, que la rebeldía era de tal carácter que el apelado había renunciado á su derecho á discutir la cuestión de competencia de la corte, por su silencio y conformidad. Con respecto á este punto hay alguna contradicción entre las autoridades de los diferentes Estados; la alegación del apelante parece estar de acuerdo con la práctica del Estado de New York, pero en el caso de *González* v. *Principe et al.,* resuelto en 26 de abril, 1906, resolvimos que el punto de si una apelación había sido interpuesta en tiempo ó no en-

volvía una cuestíon de compétencia, debiendo ser interpretados estrictamente los estatutos que fijan el tiempo dentro del cual deben interponerse las apelaciones. Y citamos y seguimos las reglas de procedimiento de la Corte Suprema de los Estados Unidos y las del Estado de California.

Entendemos que el caso de *González* v. *Principe et al.* es al que debemos atenernos en la presente apelación. No se ha cumplido con los requisitos que exige la sección 295 de la Ley de Enjuiciamiento Civil por lo que debe desestimarse la apelación.

*Desestimada.*

Jueces concurrentes Sres. Presidente Quiñones y Asociados, Hernández y MacLeary.

El Juez Asociado Sr. Figueras, no intervino en la resolución de este caso.